IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00823-PAC-CBS

EDWARD TYLER,

    Plaintiff(s),

v.

WELLS FARGO BANK, N.A.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion for Leave of Court to Late File Plaintiff's 26(a)(2) Expert Disclosures [filed October 28, 2005] is **denied.**  The motion is untimely and lacks good cause as required by Rule 16(b), Fed.R.Civ.P.

Dated:  November 18, 2005