IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00823-PAC-CBS

EDWARD TYLER,

    Plaintiff(s),

v.

WELLS FARGO BANK, N.A.,

    Defendant(s).

_____

### ORDER OF DISMISSAL
_____

This matter is before the Court on the parties' joint Stipulation for Dismissal with Prejudice [filed February 7, 2006; Doc. No. 43] and the Court having considered said motion, it is hereby

**ORDERED** that this matter shall be dismissed.  Each party is to pay its or his own costs and attorneys' fees.

Dated:  February 10, 2006.

                                                  BY THE COURT:

                                                s/Patricia A. Coan
                                                PATRICIA A. COAN
                                                United States Magistrate Judge